**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Greco Build, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-3338621** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **57 NE 3 Ave**<br>**Deerfield Beach, FL 33441** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Greco Build, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **Greco Build, Inc.**                                   Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■  Statistical and administrative information**

**13.  Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Greco Build, Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Greco Build, Inc.** | Case number (*if known*) | |
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2022**
               MM / DD / YYYY

**X** **/s/ Tom Greco**                                **Tom Greco**
Signature of authorized representative of debtor         Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Susan D Lasky**                        Date   **September 15, 2022**
Signature of attorney for debtor                           MM / DD / YYYY

**Susan D Lasky 451096**
Printed name

**Sue Lasky, PA**
Firm name

**320 SE 18 Street**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone   **954-400-7474**      Email address   **Jessica@SueLasky.com**

**451096 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Greco Build, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2022**          X  **/s/ Tom Greco**
                                                  Signature of individual signing on behalf of debtor

                                                  **Tom Greco**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><b>Greco Build, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>SOUTHERN DISTRICT OF FLORIDA</b></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alex Plumbing Services 2431 NW 107 Ave Coral Springs, FL 33065** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **American Express POB 297871 Fort Lauderdale, FL 33329** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Citibank NA Exxon Mobil c/o ARSI 555 St Charles Dr Suite 110 Thousand Oaks, CA 91360-3983** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Citibank- The Home Depot Comm Card United Collection Bureau Inc 5620 Southwyck Blvd Toledo, OH 43614** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Energize Electric 10715 SW 17 Place Davie, FL 33324** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Imperio of the Marble 60 SW 8 Ct., #1 Deerfield Beach, FL 33441** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **James Kustin c/o Jonathan P Hempfling Esq Marcadis Singer PA 5104 S Westshore Blvd Tampa, FL 33611** | | **Judgment** | **Contingent Unliquidated Disputed** | | | $1.00 |

| Debtor | **Greco Build, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Image Pools 5449 NW 24th St Margate, FL 33063** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Niesen Price Worthy Campo PA 5216 SW 91 Dr Gainesville, FL 32608** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Palm Beach Lifts Inc 1748 Australian Ave N #14 Riviera Beach, FL 33404** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Ralph Greco 30355 Hwy North Okeechobee, FL 34972** | | | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Rohrer Construction 21095 Water Oak Terr Boca Raton, FL 33428** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **SBA Disaster Assistance-Area 2 1 Baltimore Pl Ste 300 Atlanta, GA 30308** | | | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Sharon McCormick 4611 SE Tomlin Dr Arcadia, FL 34266** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Solar Air Inc 1133 Sawgrass Corp Pkwy Sunrise, FL 33323** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Suntrust POB 4997 Orlando, FL 32802** | | **Business Debt** | **Contingent Unliquidated Disputed** | | | **$1.00** |

**Fill in this information to identify the case:**

Debtor name   **Greco Build, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................   $ _____ 21,763.65

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................   $ _____ 21,763.65

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 0.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____ 16.00

4. Total liabilities ................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 16.00

**Fill in this information to identify the case:**

Debtor name  **Greco Build, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes  Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Operating Acct- 8037** | | | |
| 3.1.  **TD Bank** | | | $425.65 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.** | $425.65 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes  Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Security Deposit with Landlord** | **Unknown** |
|---|---|

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.** | $0.00 |

Add lines 7 through 8. Copy the total to line 81.

Debtor    **Greco Build, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See attached | **$0.00** | | **$9,955.00** |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$9,955.00** |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Greco Build, Inc.**                                    Case number *(If known)* _____
         Name

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No.  Go to Part 12.
- ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Mi Bella Casa LLC contract retainage** | **$11,383.00** |
| **Potential Tortuous Claim of Kustin (client of old company)** | **Unknown** |

| 78.  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $11,383.00 |
|---|---|

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor    **Greco Build, Inc.**
Name

Case number *(If known)* _____

■ No
☐ Yes

Debtor **Greco Build, Inc.**
_____
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $425.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,955.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,383.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,763.65 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,763.65 |

## Office Furniture & Equipment

| | | | |
|---|---|---|---|
| 4 | Desk with hutch $100 each x4 | $ | 400.00 |
| 1 | Desk | $ | 50.00 |
| 10 | File Cabinets | $ | 300.00 |
| 5 | Book Shelves | $ | 150.00 |
| 1 | table / 6 chairs | $ | 50.00 |
| 4 | Phone & System | $ | 200.00 |
| 1 | Panasonic copier | $ | 100.00 |
| 1 | Brother copier | $ | 30.00 |
| 1 | HP copier | $ | 50.00 |
| 2 | computers Desk top | $ | 200.00 |
| 1 | server | $ | 150.00 |
| 1 | Fax Machine | $ | 25.00 |
| 9 | Small under desk file cabinets | $ | 200.00 |
| 2 | Plan shelves | $ | 100.00 |
| 1 | crendenza | $ | 50.00 |
| | Misc office supplies | $ | 7,500.00 |
| | | **$** | **9,555.00** |

## Warehouse

| | | | |
|---|---|---|---|
| 3 | Wheel Barrells | $ | 60.00 |
| | shovels, racks, broom | $ | 40.00 |
| 3 | Garage Pails | $ | 30.00 |
| | Dolly | $ | 20.00 |
| | Table - saw small | $ | 50.00 |
| | Misc. Items | $ | 200.00 |
| | | **$** | **400.00** |

**Fill in this information to identify the case:**

Debtor name   **Greco Build, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Greco Build, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Alex Plumbing Services** | ☑ Contingent | |
| | **2431 NW 107 Ave** | ☑ Unliquidated | |
| | **Coral Springs, FL 33065** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **American Express** | ☑ Contingent | |
| | **POB 297871** | ☑ Unliquidated | |
| | **Fort Lauderdale, FL 33329** | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  __5556__ | Basis for the claim:  __Business Debt__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Citibank NA Exxon Mobil** | ☑ Contingent | |
| | **c/o ARSI** | ☑ Unliquidated | |
| | **555 St Charles Dr** | ☑ Disputed | |
| | **Suite 110** | | |
| | **Thousand Oaks, CA 91360-3983** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Citibank- The Home Depot Comm Card** | ☑ Contingent | |
| | **United Collection Bureau Inc** | ☑ Unliquidated | |
| | **5620 Southwyck Blvd** | ☑ Disputed | |
| | **Toledo, OH 43614** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor  **Greco Build, Inc.**                                   Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.5**

**Nonpriority creditor's name and mailing address**
**Energize Electric**
10715 SW 17 Place
Davie, FL 33324

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Imperio of the Marble**
60 SW 8 Ct., #1
Deerfield Beach, FL 33441

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.7**

**Nonpriority creditor's name and mailing address**
**James Kustin**
**c/o Jonathan P Hempfling Esq**
**Marcadis Singer PA**
5104 S Westshore Blvd
Tampa, FL 33611

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
**New Image Pools**
5449 NW 24th St
Margate, FL 33063

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Niesen Price Worthy Campo PA**
5216 SW 91 Dr
Gainesville, FL 32608

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Palm Beach Lifts Inc**
1748 Australian Ave N #14
Riviera Beach, FL 33404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Ralph Greco**
30355 Hwy North
Okeechobee, FL 34972

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

$1.00

---

Debtor **Greco Build, Inc.**
_____   Case number (if known) _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Rohrer Construction**
**21095 Water Oak Terr**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**   Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**SBA**
**Disaster Assistance- Area 2**
**1 Baltimore Pl**
**Ste 300**
**Atlanta, GA 30308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**   Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Sharon McCormick**
**4611 SE Tomlin Dr**
**Arcadia, FL 34266**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**   Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Solar Air Inc**
**1133 Sawgrass Corp Pkwy**
**Sunrise, FL 33323**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**   Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Suntrust**
**POB 4997**
**Orlando, FL 32802**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number  9196**   Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atty General of US**<br>**950 Pennsylvania Ave NW**<br>**Room 4400**<br>**Washington, DC 20530-0001** | Line  **3.13**<br><br>☐  Not listed. Explain ____ | _ |

Debtor __**Greco Build, Inc.**_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **First Source Advantage, LLC.**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | Line __**3.2**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Mi Bella Casa**<br>**Daniel Y Gielchinsky**<br>**2875 NE 191 Street**<br>**Suite 705**<br>**Miami, FL 33180** | Line __**3.7**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Raychelle Tasher, Esq.**<br>**Asst Atty General of the US Atty**<br>**99 NE 4th Court**<br>**Suite 300**<br>**Miami, FL 33132** | Line __**3.13**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **SBA**<br>**409 3rd St SW**<br>**Washington, DC 20024** | Line __**3.13**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Small Business Administration**<br>**Washington, DC 20416** | Line __**3.13**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **US Small Business Administration**<br>**South Florida District Office**<br>**SBA District Office**<br>**51 SW 1st Ave., Suite 201**<br>**Miami, FL 33130** | Line __**3.13**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **US Small Business Administration**<br>**Attn Garrett Lenox Paralegal Specialist**<br>**US SBA**<br>**200 West Santa Ana Blvd., Ste 740**<br>**Santa Ana, CA 92701** | Line __**3.13**__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $  **16.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  **16.00** |

**Fill in this information to identify the case:**

Debtor name     **Greco Build, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **July 2023** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Corkys Warehouse LLC** <br> **48 E Royal Palm Rd** <br> **Boca Raton, FL 33432** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest     **Storage- contents listed on attachment to Sch B** <br><br>     State the term remaining <br><br>     List the contract number of any government contract | **Sunshien Storage Company** <br> **Deerfield Beach, FL** |

**Fill in this information to identify the case:**

Debtor name     **Greco Build, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Greco Builders, Inc.** | **57 NE 3rd Ave** **Deerfield Beach, FL 33441** | **Alex Plumbing Services** | ☐ D _____ ■ E/F  **3.1** ☐ G _____ |
| 2.2 | **Greco Builders, Inc.** | **57 NE 3rd Ave** **Deerfield Beach, FL 33441** | **American Express** | ☐ D _____ ■ E/F  **3.2** ☐ G _____ |
| 2.3 | **Greco Builders, Inc.** | **57 NE 3rd Ave** **Deerfield Beach, FL 33441** | **Citibank NA Exxon Mobil** | ☐ D _____ ■ E/F  **3.3** ☐ G _____ |
| 2.4 | **Greco Builders, Inc.** | **57 NE 3rd Ave** **Deerfield Beach, FL 33441** | **Citibank- The Home Depot Comm Card** | ☐ D _____ ■ E/F  **3.4** ☐ G _____ |
| 2.5 | **Greco Builders, Inc.** | **57 NE 3rd Ave** **Deerfield Beach, FL 33441** | **Energize Electric** | ☐ D _____ ■ E/F  **3.5** ☐ G _____ |

Debtor    **Greco Build, Inc.**                                         Case number *(if known)*

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Imperio of the Marble | ☐ D _____<br>■ E/F __**3.6**__<br>☐ G _____ |
| 2.7 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | James Kustin | ☐ D _____<br>■ E/F __**3.7**__<br>☐ G _____ |
| 2.8 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | New Image Pools | ☐ D _____<br>■ E/F __**3.8**__<br>☐ G _____ |
| 2.9 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Niesen Price Worthy Campo PA | ☐ D _____<br>■ E/F __**3.9**__<br>☐ G _____ |
| 2.10 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Palm Beach Lifts Inc | ☐ D _____<br>■ E/F __**3.10**__<br>☐ G _____ |
| 2.11 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Rohrer Construction | ☐ D _____<br>■ E/F __**3.12**__<br>☐ G _____ |
| 2.12 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Solar Air Inc | ☐ D _____<br>■ E/F __**3.15**__<br>☐ G _____ |
| 2.13 | Greco Builders, Inc. | 57 NE 3rd Ave<br>Deerfield Beach, FL 33441 | Suntrust | ☐ D _____<br>■ E/F __**3.16**__<br>☐ G _____ |

---

Debtor    **Greco Build, Inc.**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Thomas Greco** | **1214 SE 9th Terrace**<br>**Deerfield Beach, FL 33441** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.15 | **Thomas Greco** | **1214 SE 9th Terrace**<br>**Deerfield Beach, FL 33441** | **James Kustin** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.16 | **Thomas Greco** | **1214 SE 9th Terrace**<br>**Deerfield Beach, FL 33441** | **SBA** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.17 | **Thomas Greco** | **1214 SE 9th Terrace**<br>**Deerfield Beach, FL 33441** | **Sharon McCormick** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Greco Build, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $680,673.04 |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $251,799.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Greco Build, Inc. | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Greco Builders Inc<br>vs Florida Comm Bank.,<br>MERS Inc, James Kustin et al<br>50-2018-CA-004473-XXXX-MB | | Clerk of Court<br>Palm Beach County, FL | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Greco Build, Inc.** _____    Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sue Lasky, PA**<br>**320 SE 18 Street**<br>**Fort Lauderdale, FL 33316** | **Attorney Fees & Filing Fee** | **8/2022** | **$9,238.00** |
| | Email or website address<br>**Jessica@SueLasky.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| **Part 7:** | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

Debtor __Greco Build, Inc._____     Case number *(if known)* _____

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<br>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

<br>

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

<br>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **Greco Build, Inc.** _____    Case number *(if known)* _____

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

�■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

�■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **Greco Build Inc 57 NE 3 Ave Deerfield Beach, FL 33441** | **Construction Mgmt** | EIN:    86-3338621 |
| | | From-To    4/9/2021- |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Debtor    **Greco Build, Inc.**                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Bentman & Geller CPA PA**<br>**4851 W Hillsboro Blvd A-13**<br>**Pompano Beach, FL 33073** | **2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Greco Build, Inc.**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 15, 2022**

**/s/ Tom Greco**                                              **Tom Greco**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Greco Build, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 15, 2022**

Signature   **/s/ Tom Greco**

**Tom Greco**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Southern District of Florida

In re    __Greco Build, Inc.__ _____     Case No. _____

                               Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 15, 2022__ _____       __/s/ Tom Greco__ _____

                                                 __Tom Greco__/__President__
                                                 Signer/Title

Alex Plumbing Services
2431 NW 107 Ave
Coral Springs, FL 33065


American Express
POB 297871
Fort Lauderdale, FL 33329


Atty General of US
950 Pennsylvania Ave NW
Room 4400
Washington, DC 20530-0001


Citibank NA Exxon Mobil
c/o ARSI
555 St Charles Dr
Suite 110
Thousand Oaks, CA 91360-3983


Citibank- The Home Depot Comm Card
United Collection Bureau Inc
5620 Southwyck Blvd
Toledo, OH 43614


Corkys Warehouse LLC
48 E Royal Palm Rd
Boca Raton, FL 33432


Energize Electric
10715 SW 17 Place
Davie, FL 33324


First Source Advantage, LLC.
205 Bryant Woods South
Amherst, NY 14228


Greco Builders, Inc.
57 NE 3rd Ave
Deerfield Beach, FL 33441


Imperio of the Marble
60 SW 8 Ct., #1
Deerfield Beach, FL 33441

```
IRS
POB 21126
Philadelphia, PA 19114


IRS
POB 7346
Philadelphia, PA 19101-7346


James Kustin
c/o Jonathan P Hempfling Esq
Marcadis Singer PA
5104 S Westshore Blvd
Tampa, FL 33611


Mi Bella Casa
Daniel Y Gielchinsky
2875 NE 191 Street
Suite 705
Miami, FL 33180


New Image Pools
5449 NW 24th St
Margate, FL 33063


Niesen Price Worthy Campo PA
5216 SW 91 Dr
Gainesville, FL 32608


Palm Beach Lifts Inc
1748 Australian Ave N #14
Riviera Beach, FL 33404


Ralph Greco
30355 Hwy North
Okeechobee, FL 34972


Raychelle Tasher, Esq.
Asst Atty General of the US Atty
99 NE 4th Court
Suite 300
Miami, FL 33132


Rohrer Construction
21095 Water Oak Terr
Boca Raton, FL 33428
```

SBA
Disaster Assistance- Area 2
1 Baltimore Pl
Ste 300
Atlanta, GA 30308


SBA
409 3rd St SW
Washington, DC 20024


Securities and Exchange Commission
Miami Regional Office
Eric I. Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131


Sharon McCormick
4611 SE Tomlin Dr
Arcadia, FL 34266


Small Business Administration
Washington, DC 20416


Solar Air Inc
1133 Sawgrass Corp Pkwy
Sunrise, FL 33323


Sunshien Storage Company
Deerfield Beach, FL


Suntrust
POB 4997
Orlando, FL 32802


Thomas Greco
1214 SE 9th Terrace
Deerfield Beach, FL 33441


US Small Business Administration
South Florida District Office
SBA District Office
51 SW 1st Ave., Suite 201
Miami, FL 33130

US Small Business Administration
Attn Garrett Lenox Paralegal Specialist
US SBA
200 West Santa Ana Blvd., Ste 740
Santa Ana, CA 92701